No. 812. COMMERCIAL STANDARD INSURANCE CO. *v.* DAVIS ET AL. April 2, 1934. Petition for writ of cer-

628

tiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hobert Price* for petitioner. *Mr. W. J. Rutledge, Jr.,* for respondents.